

# NUMBER 13-21-00458-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**BROOKS & HARTLESS, LLC,**                                            **Appellant,**

**v.**

**LAGUNA LANDING CORP.,**                                              **Appellee.**

## On appeal from the 197th District Court
## of Willacy County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Chief Justice Contreras**

This matter is before the Court on appellant's notice of voluntary dismissal which is construed as a motion to dismiss. Appellant requests the dismissal, as it no longer wishes to pursue an appeal in this action.

The Court, having considered the motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the motion to dismiss is granted,

and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

DORI CONTRERAS
Chief Justice

Delivered and filed on the
17th day of March, 2022.